IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DeSYLVA VILLACRES, | No. 2:13-CV-2195-CMK-P |
|     Petitioner, | |
|   vs. | ORDER |
| PEOPLE OF CALIFORNIA, | |
|     Respondent. | |
| _____/ | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner seeks leave to proceed in forma pauperis. Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that petitioner is unable to prepay fees and costs or give security therefor.  The request will be granted.

      Accordingly, IT IS HEREBY ORDERED that petitioner's motion for leave to proceed in forma pauperis (Doc. 3) is granted.


DATED: November 18, 2013

                                             **CRAIG M. KELLISON**
                                             UNITED STATES MAGISTRATE JUDGE